# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          Magistrate Case No. __16-9258__

       v.

__Sheena Dave__                           **ORDER**

     The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

     IT IS on this __6th__ day of __October__, 2016

     ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

                                      *[signature]*
                                      HONORABLE ANTHONY R. MAUTONE
                                      UNITED STATES MAGISTRATE JUDGE

FA